UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-62152-RAR

**STEVEN HINESLEY**, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

**FLAVORGOD, LLC**,

    Defendant.

_____/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiff filed this action on August 27, 2019 and to date, there is no indication in the court file that the Defendant has been served with the summons and complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **November 27, 2019**, Plaintiff shall perfect service upon Defendant or show cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by **November 27, 2019** will result in a dismissal of the complaint without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 7th day of October, 2019.

                                                  _____
                                                  **RODOLFO RUIZ**
                                                  **UNITED STATES DISTRICT JUDGE**