## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 19-CV-62152-RUIZ/ SELTZER

Plaintiff:
**Steven Hinesley**
vs.
Defendant:
**Flavorgod, LLC**

For: Jibrael Hindi
The Law Offices Of Jibrael S. Hindi, PLLC

Received by All Broward Process Corp on the 11th day of October, 2019 at 3:21 pm to be served on **Flavorgod, LLC c/o Christopher Wallace, 8920 Tumblewood Avenue, Las Vegas, NV 89143**. I, MICHELLE ELY, do hereby affirm that on the 14TH day of OCTOBER, 2019 at 2:48P .m., executed service by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.
( ) SUBSTITUTE SERVICE: By serving _____ as _____
(X) CORPORATE SERVICE: By serving CHRISTOPHER WALLACE as DESIGNATED TO ACCEPT.
( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____
( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age 40s  Sex M ☒  Race CAUC.  Height 6'2"  Weight 240  Hair BROWN  Glasses ☒ N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_MEly_
PROCESS SERVER # R-004357,
Appointed in accordance with State Statutes

**All Broward Process Corp**
**701 N Fig Tree Lane**
**Plantation, FL 33317**
**(954) 214-5194**

Our Job Serial Number: 2019002698
Ref: 581909-01

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Date 10/14/19
Time 2:48pm
Server MEly
ID R-004357

STEVEN HINESLEY

*Plaintiff(s)*

v.

FLAVORGOD, LLC

*Defendant(s)*

Civil Action No. 19-cv-62152-RUIZ/SELTZER

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FLAVORGOD, LLC
c/o CHRISTOPHER WALLACE
6101 PAYTON
IRVINE CA 92620

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Law Offices of Jibrael S. Hindi, PLLC.
110 SE 6th St., Suite 1744
Fort Lauderdale, FL 33301
Phone: (844) 542-7235 / Fax: (855) 529-9540
Email: jibrael@jibraellaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Date: 08/28/2019

Angela E. Noble
Clerk of Court