UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-62152-RAR

**STEVEN HINESLEY**,

    Plaintiff,

v.

**FLAVORGOD, LLC,**

    Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 9], filed on December 4, 2019. Being fully advised, it is

**ORDERED** that the above-styled case is **DISMISSED** *without prejudice*. The Clerk's Default entered against Defendant Flavorgod, LLC on December 4, 2019 [**ECF No. 8**] is **VACATED**. The Clerk is directed to **CLOSE** the case. Any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 5th day of December, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**